**Motion granted, appeal dismissed, and Memorandum Opinion filed April 11, 2024.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-24-00191-CR

—————————

**NATHANIEL DAWON WEATHERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 1635259**

## MEMORANDUM OPINION

A written request to dismiss the appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).